IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00106-REB-KLM

PAUL I. POLLARD,

      Plaintiff,

v.

RICK SOARES,
MOLLY MARTINEZ,
ROBERT STEINBECK,
HENRY YBARRA,
DARRIN COE,
PATRICIA VAUGHT, and
JANE DOE (SOUCIE),

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 7 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: April 27, 2009

BY THE COURT:

Bob Blackburn

Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-00106-REB-KLM

Paul I. Pollard
Prisoner No. 66360
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Rick Soares, Molly Martinez,
Robert Steinbeck, Henry Ybarra,
Darrin Coe, Patricia Vaught and J. Soucie – **WAIVER\***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Rick Soares, Molly Martinez, Robert Steinbeck, Henry Ybarra, Darrin Coe, Patricia Vaught and J. Soucie: AMENDED COMPLAINT FILED 4/20/09, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 4/27/09 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk