**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-00106-REB-KLM

PAUL I. POLLARD,

    Plaintiff,

v.

RICK SOARES,
MOLLY MARTINEZ,
ROBERT STEINBECK,
HENRY YBARRA,
DARRIN COE,
PATRICIA VAUGHT, and
JANE DOE (SOUCIE),

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on the following: (1) defendants Coe, Souchie, Steinbeck, and Vaught's **Motion To Dismiss Pursuant To FED. R. CIV. P. 12(b)(6)** [#20][1] filed June 29, 2009; (2) **Defendant Soares' Motion To Dismiss Pursuant To FED. R. CIV. P. 12(b)(6)** [#26] filed August 25, 2009; (3) **Defendant Ybarra's Motion To Dismiss Pursuant To FED. R. CIV. P. 12(b)(6)** [#28] filed September 23, 2009; (4) the **Recommendation of United States Magistrate Judge** [#42] filed December 4, 2009; (5) the **Amended Recommendation of United States Magistrate Judge** [#43] filed

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

December 9, 2009; and (6) **Plaintiff's Objections To Magistrate's Recommendations** [#44] filed December 28, 2009. I declare the first recommendation [#42] to be moot, I approve and adopt the amended recommendation [#43], I overrule the plaintiff's objections [#44], and I grant the motions to dismiss [#20, #26, & #28].

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and I have considered carefully the recommendation, objections, and applicable law. In addition, because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Erickson v. Pardus***, 551 U.S. 89, 94 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned. Finding no error in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted. I find also that the objections stated by the plaintiff in the **Plaintiff's Objections To Magistrate's Recommendations** [#44] filed December 28, 2009, are without merit.

The plaintiff is a prisoner in the Colorado Department of Corrections. The plaintiff's claims concern his classification as a sex offender by authorities of the Colorado Department of Corrections. In essence, the plaintiff claims that he was classified as a sex offender without adequate evidence and without adequate procedures and that this classification violates his constitutional rights. For the reasons detailed by the magistrate judge, I conclude that, assuming the allegations in the plaintiff's complaint to be true, the plaintiff has failed to state a claim against any of the defendants on which

relief can be granted. Finally, I note that the **Amended Recommendation of United States Magistrate Judge** [#43] filed December 9, 2009, was intended to replace the **Recommendation of United States Magistrate Judge** [#42] filed December 4, 2009. Therefore, I declare the initial recommendation [#42] to be moot.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Amended Recommendation of United States Magistrate Judge** [#43] filed December 9, 2009, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in **Plaintiff's Objections To Magistrate's Recommendations** [#44] filed December 28, 2009, are **OVERRULED**;

3. That defendants Coe, Souchie, Steinbeck, and Vaught's **Motion To Dismiss Pursuant To F**ED**. R. C**IV**. P. 12(b)(6)** [#20] filed June 29, 2009, is **GRANTED**;

4. That **Defendant Soares' Motion To Dismiss Pursuant To F**ED**. R. C**IV**. P. 12(b)(6)** [#26] filed August 25, 2009, is **GRANTED**;

5. That **Defendant Ybarra's Motion To Dismiss Pursuant To F**ED**. R. C**IV**. P. 12(b)(6)** [#28] filed September 23, 2009, is **GRANTED**;

6. That under F$_{ED}$. R. C$_{IV}$. P. 4(m), the claims against defendant Martinez' are **DISMISSED** without prejudice;

7. That the **Recommendation of United States Magistrate Judge** [#42] filed December 4, 2009, is **TERMINATED** as moot;

8. That **JUDGMENT SHALL ENTER** in favor of the defendants, Rick Soares, Robert Steinbeck, Henry Ybarra, Darrin Coe, Patricia Vaught, and Jane Doe (Soucie), and against the plaintiff, Paul I. Pollard;

9. That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to F$_{ED}$. R. C$_{IV}$. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

3

10.  That this case is **DISMISSED**.

Dated February 18, 2010, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

4